```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION
```

CECIL ANTONIO BRADFORD,           *

      Petitioner,                *

vs.                               *

BRIAN OWENS, Commissioner,        *    CASE NO. 3:09-CV-53 (CDL)

      Respondent.                *

<u>ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on October 20, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 4th day of December, 2009.

                                              S/Clay D. Land
                                                CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE